TRIVALENT REALTY CO., INC., ET AL. *v.*
TOWN OF WESTPORT

The defendant's petition for certification for appeal from the Appellate Court, 2 Conn. App. 213, is dismissed.

*Howard M. Labiner,* in support of the petition.

*Bernard J. Virshup* and *James A. Miller, Jr.,* in opposition.

Decided September 26, 1984

JOAN VAIUSO *v.* JOSEPH VAIUSO

The defendant's petition for certification for appeal from the Appellate Court, 2 Conn. App. 141, is denied.

*Randall B. Chapnick,* in support of the petition.

*Wesley W. Horton,* in opposition.

Decided September 26, 1984

CHARLES DeMARTIN *v.* JOHN R. MANSON,
COMMISSIONER OF CORRECTION
(two petitions)

The plaintiff's petitions for certification for appeal from the Appellate Court, 2 Conn. App. 496, are denied.

*David M. Reilly,* in support of the petitions.

Decided October 24, 1984

TOWN OF GREENWICH ET AL. *v.* LAWRENCE E.
KRISTOFF

The defendant's petition for certification for appeal from the Appellate Court, 2 Conn. App. 515, is denied.

*Rocco R. P. Perna,* in support of the petition.

*Eugene F. McLaughlin, Jr.,* in opposition.

Decided October 24, 1984